**No. 69588.**—New York Merchandise Co., Inc. v. United States, protest 62/3965 (Portland, Oreg.).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of battery-operated mixers similar in all material respects to those the subject of Abstract 68674, the claim of the plaintiff was sustained.